```
 1  ISMAIL J. RAMSEY (CABN 189820)
    United States Attorney
 2  MICHELLE LO (NYRN 4325163)
    Chief, Civil Division
 3  J. WESLEY SAMPLES (CABN 321845)
    Assistant United States Attorney
 4
        450 Golden Gate Avenue, Box 36055
 5      San Francisco, California 94102-3495
        Telephone: (415) 436-7200
 6      FAX: (415) 436-7234
        wes.samples@usdoj.gov
 7
    Attorneys for Defendant United States of America
 8
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| SD REDMOND, | ) CASE NO. _____ |
|---|---|
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES OF AMERICA, | ) NOTICE OF REMOVAL |
| Defendant. | ) |

**TO:** United States District Court for the Northern District of California

**PLEASE TAKE NOTICE** that on this day **Case No. CGC-22-598704** pending before the San Francisco County Superior Court, Unlimited Civil Jurisdiction is being removed to the United States District Court for the Northern District of California pursuant to 28 U.S.C. § 1442(a)(1) on behalf of Defendant the United States of America. The grounds for removal are as follows:

1. On March 14, 2022, Scott Douglas Redmon ("Plaintiff") filed a 1950-page complaint (the "First Complaint") ") in San Francisco Superior Court, Unlimited Jurisdiction against defendants the

**Notice of Removal**
**USDC Case #**

1

1  "United States of America, Does 1 through 20 and Roe Corporation 11 through 40." The First Complaint is attached hereto as **Exhibit A**.

2. The 1950-page First Complaint alleges various torts including a conspiracy to deprive Plaintiff of a government grant to build electric cars and bribery of United States politicians to manipulate the stock market. Plaintiff alleges he has suffered harm from this conspiracy, including death threats, prevention of obtaining legal counsel, defamation, social media attacks, and loss of social security and public benefits.

3. On May 20, 2022, Plaintiff filed a 111-page "Final Version Amended Complaint" naming only the United States of America as a defendant. Accordingly, the United States of America is the only defendant in the operative complaint. A copy of the Final Version Amended Complaint is attached hereto as **Exhibit B**.

4. The 111-page Final Version Amended Complaint alleges "public official racketeer 'mobsters' run part of the United States Government and used government resources . . . to operate their crimes and to attack Plaintiff for whistle-blowing." Ex. B at 9. It also alleges that the United States of America has allegedly targeted Plaintiff because he reported RICO, antitrust, and other crimes involving United States public officials. *Id*. at 15. Plaintiff alleges he "is, thus, suing the United States Government, on behalf of the United States Government in order to fix the United States Government." *Id*. at 9. Plaintiff further alleges that because he has endeavored to "protect taxpayers from corruption" he has experienced "threats of death [and] was attacked." *Id*. at 16.

5. This action is removable to federal district court under 28 U.S.C. § 1442(a)(1) because this is a "[c]ivil action … that is commenced in a State court and that is against or directed to … "[t]he United States…." *See* 28 U.S.C. § 1442(a)(1). Moreover, to the extent that Plaintiff's Final Version Amended Complaint is construed to be a tort claim against the United States, that claim does not belong in state court because federal district courts have exclusive jurisdiction over such claims. *See Will v. United States*, 60 F.3d 656, 659 (9th Cir. 1995) ("Under the [Federal Tort Claims Act], the district courts have exclusive jurisdiction over claims against the United States for injuries or losses of property caused by the negligent or wrongful act or omission of a government employee.")

**Notice of Removal**
**USDC Case #**

6. Currently, there is a case management conference set for May 17, 2023, at 10:30 am in Department 610 which should be vacated, along with the associated case management statement deadline, upon the filing this Notice of Removal.

7. Removal to the San Francisco Division of the United States District Court for the Northern District of California is proper, as it is the district court and division in which the state court action was pending.

8. Counsel for the United States of America certifies that, pursuant to 28 U.S.C. § 1446(d), copies of this Notice of Removal will be filed with the Clerk of the San Francisco Superior Court, Unlimited Jurisdiction, and promptly served on the Plaintiffs and all adverse parties.

9. This filing will automatically effect the removal of this action in its entirety to this Court for all future proceedings pursuant to 28 U.S.C. § 1446(d).

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

Dated: April 19, 2023

*/s/ J. Wesley Samples*
J. WESLEY SAMPLES
Assistant United States Attorney
Attorneys for Defendant United States

**Notice of Removal**
**USDC Case #**

3